COMMONWEALTH of Pennsylvania, Petitioner

v.

**Juan E. RIVERA III, Respondent**

**No. 528 MAL 2016**

Supreme Court of Pennsylvania.

December 13, 2016

## ORDER

PER CURIAM

AND NOW, this 13th day of December, 2016, the Petition for Allowance of Appeal is DENIED.